Gabriel A. ANTONIO, Petitioner— Appellant,

v.

ARLINGTON COUNTY'S COMMON- WEALTH ATTORNEY; Arlington County's Sheriff; Arlington County Chief of Police, Respondents—Appellees.

No. 06–6189.

United States Court of Appeals, Fourth Circuit.

Submitted: July 25, 2006.

Decided: Aug. 1, 2006.

Gabriel A. Antonio, Appellant Pro Se.

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gabriel A. Antonio appeals the district court's order denying his Fed.R.Civ.P. 60(b) motion filed in his petition for writ of injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Antonio v. Arlington County's Commonwealth Attorney*, No. 1:05–cv–00510–JCC (E.D.Va. Jan. 17, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*